OPINION — AG — **** EMINENT DOMAIN **** (1) WHERE AN ENTITY EXPENDS ONLY STATE OR LOCAL FUNDS ON A PROJECT THE PROVISIONS OF 63 O.S. 1971, 1085-1099 [63-1085] — [63-1099] DO NOT APPLY. (2) THERE IS NO STATE LAW WHICH WOULD PROHIBIT ADVANCE PAYMENTS TO DISPLACED PERSONS UNDER 63 O.S. 1971 1092 [63-1092](A) (3) PUBLIC UTILITY COMPANIES WHICH ARE VESTED WITH THE RIGHT TO EMINENT DOMAIN AND WHICH ACQUIRE PROPERTY FOR A PUBLIC PROJECT IN WHICH THERE IS FEDERAL FINANCIAL ASSISTANCE ARE SUBJECT TO THE TERMS OF 63 O.S. 1971 1085-1099 [63-1085] — [63-1099]. (4) THE PROVISIONS OF 63 O.S. 1971 1085-1099 [63-1085] — [63-1099] APPLY TO PUBLIC UTILITY COMPANIES VESTED WITH THE POWER OF EMINENT DOMAIN WHICH ACQUIRE PRIVATE PROPERTY FOR A PUBLIC PROJECT INVOLVING FEDERAL FINANCIAL ASSISTANCE. CITE: ARTICLE II, SECTION 24, 63 O.S. 1971 1087 [63-1087](A), 63 O.S. 1971 1085 [63-1085], 63 O.S. 1971 1096 [63-1096], 63 O.S. 1971 1096 [63-1096], 66 O.S. 1971 51 [66-51], 66 O.S. 1971 52 [66-52], 27 O.S. 1971 4 [27-4], 27 O.S. 1971 6 [27-6], 27 O.S. 1971 7 [27-7] (STEVEN MOORE)